ORIGINAL 

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
SHAWN M GORHAM ) Case No. 03-53497 ASW
)
DENISE E GORHAM ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2469545 for an unclaimed dividend in the amount of $2.40. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 15    DR MAKIYA ROMA
                     P O BOX 426
                     FELTON, CA 95018

Dated: June 14, 2010

                                        DEVIN DERHAM-BURK, TRUSTEE